# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SKOUTERIS WALK, PLLC, et al.,<br><br>    Defendants. | No. 16-cv-2494-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed June 23, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Order Granting Defendant Marci Laverdet's Motion for Leave to Amend Answer, Judgment is entered and the matter is hereby **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 3, 2017
Date